

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Christopher Perricone,

\* From the 29th District Court
of Palo Pinto County,
Trial Court No. C49295.

Vs. No. 11-21-00022-CV

\* March 18, 2021

Katie Beth Perricone,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Christopher Perricone's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Christopher Perricone.